UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6972
(7:18-cv-00649-GEC-PMS)

_____

JOHN FORREST HAM, JR.

    Petitioner - Appellant

v.

WARDEN M. BRECKON

    Respondent - Appellee

------------------------------

KATHRYN MARGARET BARBER, Esq.

    Court-Assigned Amicus Counsel

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Agee, Judge Thacker, and Judge Quattlebaum.

                              For the Court

                              /s/ Patricia S. Connor, Clerk